ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON✜PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| JAMES E. OWENS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION, et al.,<br><br>    Defendants. | No. CV- 11-3618 PJH<br><br>STIPULATION TO DISMISS DEFENDANT INSULECTRO AND ORDER THEREON<br><br>[Local Rules 7-1 and 7-12; FRCP 41] |

    Come now Plaintiff JAMES E. OWENS ("Plaintiff") and Defendant INSULECTRO ("Defendant"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

    IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant INSULECTRO shall be, and hereby are, dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 18, 2011                BRAYTON ✜PURCELL LLP

                                              By: _____
                                                Richard M. Grant
                                                Attorneys for Plaintiff

///

///

1 | Dated: August 17, 2011          DAL AOGLIO & MARTINS
2
3                                   By: _____
4                                       Daniel Martens
                                        Attorneys for Defendant
5                                       INSULECTRO

6
7           PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against
8  Defendant INSULECTRO are hereby dismissed pursuant to Rule 41 of the Federal Rules of
   Civil Procedure.
9
10 Dated: August 19, 2011          By: _____
11                                      United States District Judge
12
                                   IT IS SO ORDERED
13
                                   Judge Phyllis J. Hamilton
14
                                   (Seal: UNITED STATES DISTRICT COURT
15                                  NORTHERN DISTRICT OF CALIFORNIA)
16
17
18
19
20
21
22
23
24
25
26
27
28

K:\Injured\108497\FED\stip-dismiss Insulectro.wpd                       2
STIPULATION TO DISMISS DEFENDANT INSULECTRO AND ORDER THEREON

*James E. Owens v. Allis-Chalmers Corp., et al.*
CV-11-3618 PJH

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on <u>August 18, 2011</u>.

**STIPULATION TO DISMISS DEFENDANT INSULECTRO AND ORDER THEREON**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

**SEE ATTACHED SERVICE LIST**

Dated this <u>  18  </u>, day of <u> August </u>, 2011.

/s/ Jane Ehni

Date Created: 8/18/2011-10:00:20 AM
Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 23408.001 - James Owens

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 94501
510-864-3600   510-864-3601 (fax)
**Defendants:**
  Henkel Corporation (HENKEL)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA 95112
408-287-7788   408-927-0408 (fax)
**Defendants:**
  Epoxylite Corporation, The (EPOXY)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Cleaver-Brooks, Inc. (CLEAVR)
  Thomas Dee Engineering Company (DEE)

DAL SOGLIO & MARTENS LLP
222 North Sepulveda Blvd, Ste. 2000
El Segundo, CA 90245
310 662-4748