```
ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| JAMES E. OWENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION, et al.,<br><br>　　　　Defendants. | No. CV- 11-3618 PJH<br><br>STIPULATION TO DISMISS DEFENDANT INSULECTRO AND ORDER THEREON<br><br>[Local Rules 7-1 and 7-12; FRCP 41] |

　　　Come now Plaintiff JAMES E. OWENS ("Plaintiff") and Defendant INSULECTRO ("Defendant"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

　　　IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant INSULECTRO shall be, and hereby are, dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 18, 2011　　　　　　　　　BRAYTON ❖PURCELL LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/ Richard M. Grant
　　　　　　　　　　　　　　　　　　　　　　　Richard M. Grant
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

///

///

1  Dated: August 17, 2011                    DAL AOGLIO & MARTINS

                                              By: _____
                                                  Daniel Martens
                                                  Attorneys for Defendant
                                                  INSULECTRO

            PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against
    Defendant INSULECTRO are hereby dismissed pursuant to Rule 41 of the Federal Rules of
    Civil Procedure.

    Dated: August __19__, 2011              By: _____
                                                  United States District Judge

                                              IT IS SO ORDERED
                                              Judge Phyllis J. Hamilton

1  *James E. Owens v. Allis-Chalmers Corp., et al.*
   CV-11-3618 PJH
2

3                              CERTIFICATE OF SERVICE

4      I hereby certify that I electronically filed the following with the Clerk of the Court for
   the United States District Court by using the CM/ECF system on August 18, 2011.
5
         **STIPULATION TO DISMISS DEFENDANT INSULECTRO AND ORDER**
6        **THEREON**

7      Participants in the case who are registered CM/ECF users will be served by the CM/ECF
   system.
8
       I further certify that some of the participants in the case are not registered CM/ECF
9  users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have
   dispatched it to a third party commercial carrier for delivery within 3 calendar days to the
10 following non-CM/ECF participants:

11     **SEE ATTACHED SERVICE LIST**

12
   Dated this ___18___, day of _August_, 2011.
13

14                                         /s/ Jane Ehni

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Date Created: 8/18/2011-10:00:20 AM
Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 23408.001 - James Owens

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA  94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA  95401
510-864-3600   510-864-3601 (fax)
**Defendants:**
  Henkel Corporation (HENKEL)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA  95112
408-287-7788   408-927-0408 (fax)
**Defendants:**
  Epoxylite Corporation, The (EPOXY)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA  94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA  90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA  94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Cleaver-Brooks, Inc. (CLEAVR)
  Thomas Dee Engineering Company (DEE)

*[handwritten]:*
DAL SOGLIO & MARTENS LLP
222 North Sepulveda Blvd, Ste. 2000
El Segundo, CA 90245
310 662-4748