ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON✣PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. OWENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIS-CHALMERS CORPORATION, et al.,<br><br>　　　　Defendants. | No. CV-11-3618 PJH<br><br>STIPULATION TO DISMISS DEFENDANT LOCKHEED MARTIN CORPORATION AND REMAND CASE TO CALIFORNIA SUPERIOR COURT<br><br>AND ORDER REMANDING CASE |

Come now Plaintiff JAMES E. OWENS ("Plaintiff") and Defendant LOCKHEED MARTIN CORPORATION ("Lockheed"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant Lockheed removed this case to the United States District Court for the Northern District of California on July 22, 2011, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a)(1); and

WHEREAS, Defendant Lockheed was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal; and

WHEREAS, Plaintiff and Defendant Lockheed, the affected parties, have now agreed that Plaintiff will dismiss Lockheed from this action with prejudice; and

WHEREAS, Defendant Lockheed's desire for a federal forum for this action is now

moot given the dismissal with prejudice of Plaintiff's claims against it; and

WHEREAS, pursuant to this resolution of the parties, Plaintiff and Defendant Lockheed seek to have this action remanded to state court;

IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant Lockheed, that the claims against Defendant Lockheed shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be immediately remanded to the San Francisco County Superior Court, Case No. CGC-09-275341, the court in which it was originally filed and from which it was removed.

DATED: August 16, 2011    BRAYTON❖PURCELL LLP

By: _____
Richard M. Grant (SBN 55677)
Attorneys for Plaintiff

DATED: August 16, 2011    KNOTT & GLAZIER LLP

By: _____
Michael D. Smith (SBN 235727)
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant Lockheed Martin Corporation is dismissed with prejudice and this case is REMANDED to the Superior Court of California, County of San Francisco, Case. No. CGC-09-275341. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: 8/19/11

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

*James E. Owens v. Allis-Chalmers Corp., et al.*
cv-11-3618 PJH

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on <u>August 16, 2011</u>].

STIPULATION TO DISMISS DEFENDANT LOCKHEED MARTIN CORPORATION AND REMAND CASE TO CALIFORNIA SUPERIOR COURT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail.

**SEE ATTACHED SERVICE LIST**

Dated this __16__, day of __August__, 2011.

/s/ Jane Ehni

Date Created: 8/16/2011-4:47:35 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 23408.001 - James Owens
Run By : Ehni, Jane (JAE)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 95401
510-864-3600   510-864-3601 (fax)
**Defendants:**
  Henkel Corporation (HENKEL)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA 95112
408-287-7788   408-927-0408 (fax)
**Defendants:**
  Epoxylite Corporation, The (EPOXY)

**Knott & Glazier, LLP**
707 Willshire Blvd.
Suite 2025
Los Angeles, CA 90017
213-312-9200   213-312-9201 (fax)
**Defendants:**
  Lockheed Martin Corporation (LOCCOR)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200   866-542-6538 (fax)
**Defendants:**
  Shell Oil Company (SHLOIL)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Cleaver-Brooks, Inc. (CLEAVR)
  Thomas Dee Engineering Company (DEE)